IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEANTE GHOLSTON,** | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-63-TES-CHW |
| **Commissioner TYRONE OLIVER,** | : Proceedings Under 42 U.S.C. § 1983 |
| | : Before the U.S. Magistrate Judge |
| Defendant. | : |

## ORDER

Pending before the Court is Plaintiff Deante Gholston's motion to "unfile" Plaintiff's motion to voluntarily dismiss complaint. (Doc. 20). Plaintiff has filed no such motion in the above-styled case, which remains pending. Therefore, Plaintiff's motion to unfile is hereby **DISMISSED** as futile.

**SO ORDERED**, this 12th day of October, 2023.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge

1