IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEANTE GHOLSTON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Commissioner TYRONE OLIVER,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:23-cv-00063-TES-CHW** |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff Deante Gholston's Motion to Voluntarily Dismiss his Complaint [Doc. 24]. The Georgia Department of Corrections does not oppose the voluntary dismissal. In accordance with *Smith v. Williams*, the Court treats Petitioner's motion as a "self-executing notice of dismissal under [Federal Rule of Civil Procedure] 41." 67 F.4th 1139, 1140 (11th Cir. 2023).

Rule 41(a)(1) "entitles a plaintiff to voluntarily 'dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.'" *Id.* (quoting Fed. R. Civ. P. 41(a)(1)). This notice is "effective immediately upon filing" and deprives the Court of jurisdiction. *Smith*, 67 F.4th at 1140–41 (first quoting *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012); and then quoting *Absolute Activist Value Master Fund Ltd. v.*

*Devine*, 998 F.3d 1258, 1265 (11th Cir. 2021)). Accordingly, the Court **GRANTS** Plaintiff's Motion to Voluntarily Dismiss [Doc. 24] and **DISMISSES** Plaintiff's Complaint [Doc. 1] **without prejudice** pursuant to Rule 41(a)(1). As a result, the Court **TERMINATES as moot** the magistrate judge's Report and Recommendation [Doc. 23] and Defendant's First Motion to Dismiss [Doc. 14].

    **SO ORDERED**, this 2nd day of January, 2024.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**