IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEANTE GHOLSTON, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00063-TES-CHW |
| | * |
| Commissioner TYRONE OLIVER, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk